## A. L. SIMMS v. STATE.
### No. 15427.

Court of Criminal Appeals of Texas.
June 8, 1932.

G. W. Dunaway, of Midland, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The conviction is for the unlawful manufacture of intoxicating liquor; penalty assessed at confinement in the penitentiary for one year.

It has been made known to this court by the affidavit of the sheriff of Martin county that the appellant, on or about the 18th day of June, 1931, made his escape from the jail of said county, and has not been arrested and returned to jail since his escape. By reason of said escape, this court is deprived of jurisdiction of the appeal. See article 824, C. C. P. 1925.

The appeal is therefore dismissed.

## Olin STEEN v. STATE.
### No. 15416.

Court of Criminal Appeals of Texas.
June 1, 1932.

P. T. Holt, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

The offense, burglary; the punishment, two years in the penitentiary.

Affidavit in proper form has been filed by appellant asking this court to dismiss his appeal.

The motion is granted, and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Nora Currie SWEETLAND v. STATE.
### No. 15443.

Court of Criminal Appeals of Texas.
June 8, 1932.

Marvin B. Shannon and Coleman Cline, both of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

The offense is willfully injuring real property; the punishment, a fine of $1.

Upon written request of appellant, duly verified by her affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## W. K. WILSON v. STATE.
### No. 15428.

Court of Criminal Appeals of Texas.
June 8, 1932.

Howell Johnson, of Fort Stockton, Howard & Jackson, of El Paso, and G. W. Dunaway, of Midland, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

The offense, murder; the punishment, twenty years in the penitentiary.

Affidavit in proper form has been filed by appellant asking this court to dismiss his appeal.

The motion is granted, and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.